**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **DRURY HOTELS COMPANY, LLC,** | ) | **CASE NO.:1:19-cv-1064--DRC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGE DOUGLAS R. COLE** |
| | ) | |
| **HORIZON HOSPITALITY** | ) | |
| **MANAGEMENT, INC.** | ) | |
| | ) | **(Jury Demand Endorsed)** |
| **Serve: Al Narendra Patel** | ) | |
| **Registered Agent** | ) | |
| **200 North Point Way** | ) | |
| **Acworth, Georgia 30102** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **CHESTER SHARONVILLE** | ) | |
| **HOSPITALITY, LLC** | ) | |
| | ) | |
| **Serve:  Kalpesh Patel** | ) | |
| **5720 Gateway Blvd., Suite 104** | ) | |
| **Mason, Ohio 45040** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **CRESTPOINT COMPANIES, LTD.** | ) | |
| | ) | |
| **Serve: Kalpesh Patel** | ) | |
| **6756 Cherry Leaf Court** | ) | |
| **Mason, Ohio 45040** | ) | |
| | ) | |
| **Serve also: Kalpesh Patel** | ) | |
| **5720 Gateway Blvd., Suite 104** | ) | |
| **Mason, Ohio 45040** | ) | |

**SECOND AMENDED COMPLAINT FOR MONEY DAMAGES FOR BREACH OF
CONTRACT, UNJUST ENRICHMENT, AND PROMISSORY ESTOPPEL**

For its Complaint against Defendants Horizon Hospitality Management, Inc., Chester Sharonville Hospitality, LLC, and Crestpoint Companies, Ltd., Plaintiff Drury Hotels Company, LLC states as follows:

**Parties and Jurisdiction**

1. Plaintiff Drury Hotels Company, LLC ("Drury") is a Nevada limited liability company with its principal place of business located in St. Louis, Missouri. Plaintiff operates hotels in Ohio located at 2265 East Sharon Road, Cincinnati, Ohio and at 9956 Escort Drive, Mason, Ohio.

2. The sole members of Drury are DDC Hotels, Inc. and DSW Industries, Inc. DDC Hotels, Inc. is a corporation established under the laws of Missouri with its principal place of business in St. Louis County, Missouri. DSW Industries, Inc. is a corporation established under the laws of Missouri with its principal place of business in Jackson County, Missouri.

3. Defendant Horizon Hospitality Management, Inc. ("HHM") is a Georgia corporation with a principal place of business in Alpharetta, Georgia.

4. Defendant HHM does business in Ohio as a management company. Upon information and belief Defendant HHM manages the Fairfield Inn & Suites – Cincinnati North/Sharonville where it operates a Fairfield Inn & Suites hotel located at 11440 Chester Road in Cincinnati, Ohio.

5. Defendant Chester Sharonville Hospitality, LLC ("Chester") is an Ohio limited liability company that owns the Fairfield Inn & Suites hotel located at 11440 Chester Road in Cincinnati, Ohio. Defendant Chester has its principal place of business located at 5720 Gateway Blvd., Suite 104, Mason, Ohio 45040

6. Upon information and belief, Chester's members, including its agent for service of process Kalpesh Patel, are all citizens of Ohio.

7. Defendant Crestpoint Companies, Ltd. ("Crestpoint") is an Ohio limited liability company that provides fully integrated hospitality development and asset holdings for hotels. Crestpoint has its principal place of business located at 5720 Gateway Blvd., Suite 104, Mason, Ohio 45040.

8. Upon information and belief, Crestpoint's members, including its agent for service of process, Kalpesh Patel, are all citizens of Ohio.

9. Venue is proper in this Court pursuant to 28 U.S. Code § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this venue.

10. Jurisdiction is proper with this Court pursuant to 28 U.S. Code § 1332 as there is complete diversity in this action among citizens of different states.

11. The amount in controversy exceeds $75,000.00

**Factual Background**

12. Defendants own, manage, and/or operate a hotel known as Fairfield Inn & Suites located at 11440 Chester Road in Cincinnati, Ohio ("Fairfield Hotel").  Due to a series of events, including a fire, a flood, and the overselling of the Fairfield Hotel, the Fairfield Hotel could not accommodate its guests.  Therefore, HHM's Regional Director of Operations gave HHM's displaced or "walked" guests letters to assist them in obtaining alternative lodging at Drury's hotels located at 2265 East Sharon Road, Cincinnati, Ohio and at 9956 Escort Drive, Mason, Ohio ("Drury Ohio Hotels").

13.     In the hotel industry, it is common practice for hotels to have arrangements with neighboring hotels where they can accommodate guests in case of overbooking or other events that prevent one hotel from being able to accommodate its guests.

14.     In this case, Drury and Defendants had an agreement where Drury accommodated Fairfield Hotel's guests and billed Defendants for charges related to the lodging of Fairfield Hotel's "walked" guests.

15.     In accordance with the agreement between Drury and Defendants, Drury accommodated Fairfield Hotel's guests and billed HHM one hundred and twelve thousand, one hundred and sixty-eight dollars and fifty-nine cents ($112,168.59) for charges incurred in the lodging of Fairfield Hotel's "walked" guests.

16.     Defendants have failed to pay Drury for the charges they agreed to pay to Drury for accommodating Fairfield Hotel's "walked" guests.

## COUNT I – BREACH OF CONTRACT

17.     Drury incorporates the allegations in Paragraphs 1-16 as if fully restated herein.

18.     Plaintiff Drury agreed to accommodate and provide lodging to Fairfield Hotel's "walked" guests and to charge Defendants for the lodging and guest services.

19.     In accordance with their agreement, Defendants agreed to pay Drury for the lodging and guest services of the "walked" guests.

20.     Drury is owed one hundred and twelve thousand, one hundred and sixty-eight dollars and fifty-nine cents ($112,168.59) for charged incurred in the lodging of Fairfield Hotel's "walked" guests.

21.     Defendants have breached the contract with Drury by failing to pay for lodging and services rendered to Fairfield Hotel's "walked" guests.  Despite due demand, Defendants have failed to provide payment to Drury.

22.     Defendants owe Drury $112,168.59, plus interest, on outstanding invoices, copies of which are already in the possession of Defendants, for providing lodging services to Fairfield Hotel's "walked" guests.

**COUNT II – UNJUST ENRICHMENT**

23.     Drury incorporates the allegations in paragraphs 1 through 22 as if fully rewritten herein.

24.     Drury provided lodging services for Defendants to accommodate Fairfield Hotel's "walked" guests, the value of which is $112,168.59.

25.     By failing and refusing to provide payment to Drury in this amount, Defendants have been unjustly enriched at Drury's expense in the amount of $112,168.59, plus interest.

**COUNT III – PROMISSORY ESTOPPEL**

26.     Drury incorporates the allegations in paragraphs 1 through 25 as if fully rewritten herein.

27.     Drury reasonably relied to its detriment upon Defendants' promises and representations that they would fully compensate Drury for lodging of Fairfield Hotel's "walked" guests.

28.     Drury would not have commenced or continued lodging Fairfield Hotel's "walked" guests in the absence of these promises made by Defendants.

29.     Drury is entitled to equitable compensation for its reasonable and detrimental reliance upon Defendants' promises in the amount of $112,168.59, plus interest.

**WHEREFORE**, Plaintiff Drury Hotels Company, LLC prays that this Court enter judgment in its favor against all Defendants as follows:

I.      Compensatory damages in the principal amount of $112,168.59, plus interest according to law from the date such amounts became due and payable.

II.      Any and all other relief this Court considers just and equitable.

Respectfully submitted,

/s/ Vincent P. Antaki

Vincent P. Antaki (0072471)
**REMINGER CO., L.P.A.**
525 Vine Street, Suite 1500
Cincinnati, Ohio  45202
(513)  721-1311
Fax: (513) 721-2553
Email: vantaki@reminger.com
**Attorney for Plaintiff**
**Drury Hotels Company, LLC**